# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT PAYNE et al., | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| v. | : | **No. 14-6508** |
| CITY OF PHILADELPHIA et al., | : | |
| Defendants. | : | |

FILED

JAN 2 6 2015

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**MCHUGH, J.**                                                    **JANUARY 26, 2015**

### ORDER

This 26th day of January, 2015, it is hereby **ORDERED** that Defendants' Motion for

Judgment on the Pleadings is **DENIED AS MOOT**.

_____
Gerald Austin McHugh, J.