IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT PAYNE | : | |
| VICTORIA PAYNE | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 14-6508 |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | |

## **ORDER**

This 25th day of June, 2015, it is ORDERED that Defendants' Second Motion to Dismiss for Failure to State a Claim is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　United States District Court Judge