# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *Vincent Payne*, individually | : | |
| and as parent and guardian of | : | |
| Victoria Payne, *and, Victoria* | : | |
| *Payne*, a minor, by and through | : | |
| her parent and natural guardian, | : | |
| Vincent Payne | : | |
| **PLAINTIFFS** | : | **CIVIL ACTION NO: 14-6508** |
| v. | : | |
| *City of Philadelphia, et al* | | |

**STIPULATION TO DISMISS ALL CLAIMS AGAINST ALL DEFENDANTS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(a)(ii)**

**And now**, upon the agreement of all parties, it is hereby AGREED and STIPULATED that all of Plaintiffs' claims against all Defendants are WITHDRAWN and DISMISSED with prejudice.

___/S/ TMM_____                                    _____/S/ MRM_____

Todd M. Mosser, Esquire                             Michael R. Miller, Esquire

Counsel for Plaintiffs                              Assistant City Solicitor

                                                    Counsel for All Defendants

Date:  10/2/15

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on counsel for all parties electronically through the e-filing system.

**/s/ TMM**

Todd Michael Mosser, Esquire

Counsel for Plaintiffs

215-567-1220

Attorney ID# 87534

10/2/15