**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **VINCENT PAYNE, et al.,** | : | |
| Plaintiffs, | : | |
|  | : | **Civil Action** |
| v. | : | **No. 14-6508** |
|  | : | |
| **TIFFANY MCLEAN, et al.,** | : | |
| Defendants. | : | |

## MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION

The Court should deny Plaintiff's recently filed motion for an extension of time to locate an attorney who will represent him. The Court already afforded Plaintiff an ample amount of time to accomplish this task when it, in an Order that was filed before the Defendants had an opportunity to respond, reopened this case and gave Plaintiff 60 days to find a new attorney. *See* Docket No. 34. If Plaintiff cannot find a new lawyer within this period, then he is unlikely to do so should the Court afford him even more time. Therefore, the Court should stand by its current Order, which gave Plaintiff two months to seek new counsel and an additional month to file a response to the pending Motion for Summary Judgment. *See id.*

Date: December 21, 2015

Respectfully submitted,

/s/ Michael R. Miller
Michael R. Miller
Assistant City Solicitor
Pa. Attorney ID No. 315759
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5433 (phone)
michael.r.miller@phila.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VINCENT PAYNE, et al.,** : | |
| Plaintiffs, : | |
| : | **Civil Action** |
| v. : | **No. 14-6508** |
| : | |
| **TIFFANY MCLEAN, et al.,** : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the Defendants' Opposition to Plaintiff's Untitled Motion was filed via the Court's electronic filing system and is available for downloading. I also certify that a copy of the Motion has been served upon the Plaintiff by certified mail, postage prepaid, as follows:

Vincent Payne
3142 N. Rosewood Street
Philadelphia, PA 19132

Date: December 21, 2015          Respectfully submitted,

/s/ Michael R. Miller
Michael R. Miller
Assistant City Solicitor
Pa. Attorney ID No. 315759
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5433 (phone)
215-683-5397 (fax)
michael.r.miller@phila.gov